UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW HEIDEL, R. ANDREW HEIDEL, INC.
d/b/a THE WAY STATION, FRANKLIN
ORTEGA, PO ITALIANISSIMO INC., JOHN
MEROLLA and NYMS PRODUCTIONS, INC.
d/b/a MURDERED BY THE MOB, individually
and on behalf of classes of all others similarly
situated,

                Plaintiffs,                              20 **CIVIL** 10462 (PKC)

      -v-                                                            **JUDGMENT**

KATHY HOCHUL, GOVERNOR OF NEW
YORK STATE, IN HER OFFICIAL CAPACITY,
THE STATE OF NEW YORK, BILL DE BLASIO,
MAYOR OF NEW YORK CITY, IN HIS
OFFICIAL CAPACITY, and THE CITY OF NEW
YORK,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 21, 2021, Defendants' motions to dismiss are granted, and judgment is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York
         October 22, 2021

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**
                            **BY:**
                                                  **Deputy Clerk**