John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs and the Classes*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ANDREW HEIDEL, R. ANDREW HEIDEL INC.** d/b/a **THE WAY STATION, FRANKLIN ORTEGA, PO ITALIANISSIMO INC., JOHN MEROLLA,** and **NYMS PRODUCTIONS, INC.** d/b/a **MURDERED BY THE MOB**, individually and on behalf of classes of all others similarly situated,<br><br>                            Plaintiffs,<br><br>        –against–<br><br>**ANDREW CUOMO, GOVERNOR OF NEW YORK STATE, IN HIS OFFICIAL CAPACITY, THE STATE OF NEW YORK, BILL** de **BLASIO, MAYOR OF NEW YORK CITY, IN HIS OFFICIAL CAPACITY,** and **THE CITY OF NEW YORK,**<br><br>                            Defendants. | Case No.: 1:20-cv-10462 (PKC)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Andrew Heidel, R. Andrew Heidel d/b/a The Way Station, Franklin Ortega, PO Italianissimo Inc., John Merolla, and NYMS Productions, Inc. d/b/a Murdered by the Mob, individually and on behalf of classes of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order (Dkt. No. 45) entered on October 21, 2021, and all opinions and orders that merge therein.

Dated: New York, New York
      November 17, 2021

By: _____
John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs and the Classes*